# UNITED STATES DISTRICT COURT

for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with Facebook User IDs, that are stored at premises controlled by Facebook, Inc., more fully described in Attachment A | ) <br> ) <br> ) Case No. 19-SW-00038-LMC <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:
Information associated with a Facebook User ID which is stored at the premises controlled by Facebook, Inc., headquartered in Menlo Park, California, and is more fully described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A, Parts I and II

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __February 15, 2019__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Honorable Lajuana M. Counts__ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for __30__ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 02/04/2019 2:48 pm

*Lajuana M. Counts*
*Judge's signature*

City and state: Kansas City, Missouri            Honorable Lajuana M. Counts, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.:<br>19-SW-00038-LMC | Date and time warrant executed: | Copy of warrant and inventory left with:<br>Facebook, Inc. |
|---|---|---|
| Inventory made in the presence of:<br>SA Jason Ramsey | | |

Inventory of the property taken and name of any person(s) seized:

SA Timothy Flohrschutz served search warrant 19-SW-00038-LMC to Facebook, Inc. via the online law enforcement portal on February 4, 2019, at 3:51 p.m. Facebook assigned internal case number 2372944.

SA Flohrschutz received notification from Facebook via e-mail on February 26, 2019, at 11:09 a.m., that records had been produced for case number 2372944.

On March 5, 2019, SA Flohrschutz downloaded six digital files to include three PDF files and three ZIP files from the Facebook online law enforcement portal which were preserved on a blu-ray disc. The files contained subscriber records and account content for the following Facebook user accounts from March 1, 2018, to February 4, 2019:

(1) "Derron Nevels"; User ID 100023845403294
(2) "Ronni Ron TraFive"; User ID 100029134608906
(3) "Bailee Prieto'" User ID 100016774298964

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/05/2019

*Executing officer's signature*

Timothy W. Flohrschutz, Special Agent, FBI
*Printed name and title*

# ATTACHMENT A – Facebook, Inc.
## (19-SW-00038-LMC)

**Part I.**     **Location to Be Searched**

This warrant applies to information associated with the following Facebook User IDs:

(1)     "Derron Nevels"; User ID 100023845403294
(2)     "Ronni Ron TraFive"; User ID 100029134608906
(3)     "Bailee Prieto'" User ID 100016774298964

That is stored at the premises owned, maintained or operated by **Facebook, Inc.**, Menlo Park, California.

**Part II.**     **Items to Be Seized**

   **A.**     **Information to be disclosed by Facebook, Inc.**

To the extent that information described in Part II of Attachment A is within the possession, custody, or control of Facebook, Inc., ("Facebook"), including any messages, records, files, logs or information that has been deleted but is still available to Facebook, or has been preserved pursuant to a request under Title 18, United States Code, Section 2703(f), Facebook is required to disclose the following information to the Government for each User ID listed in Part I of this Attachment (Attachment A):

   i.     All contact and personal identifying information, including full name, user identification number, birth date, gender, contact email addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

   ii.     All associated Facebook accounts and users which have been identified by way of mechanical cookie, push token, or other means;

   iii.     All identified devices utilized to login to, or otherwise interact with, the account, to include specific device identifiers such as make, model, and serial number;

   iv.     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

   v.     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

   vi.     All metadata, to include Exchangeable Image File Format (EXIF) data, retained by Facebook for any images or videos located within the account;

vii. All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

viii. All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

ix. All "check ins" and other location information associated with the user or the device utilized to access the account to include the last known device location;

x. All IP logs, including all records of the IP addresses that logged into the account for all recorded account activity;

xi. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

xii. All information about the Facebook pages that the account is or was a "fan" of;

xiii. All past and present lists of friends created by the account;

xiv. All records of Facebook searches performed by the account;

xv. All information about the user's access and use of Facebook Marketplace;

xvi. The types of service utilized by the user;

xvii. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

xviii. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

xix. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**B.     Information to be seized by the Government**

All information described above in Section A that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 1951 - Conspiracy to Commit Armed Robbery Affecting Interstate Commerce, Title 18, United States Code, Section 1951 - Armed Robbery Affecting Interstate Commerce, and Title 18, United States Code, Section 924(c) - Use of a Firearm During and in Relation to a Crime of Violence, from March 1, 2018, to the date of this warrant, including, for each account or identifier listed in this Attachment (Attachment A), information pertaining to the following matters:

  i.    Records, communications, documents, or photographs, in any form, which evidence the ownership and identify the user, or location of the user of the account;

  ii.   Records, communications, documents, or photographs, in any form, regarding the planning, execution, or concealment of violations of federal law as identified above; and

  iii.  Records, communications, documents, or photographs, in any form, which contain saved directories of names, addresses, and contact information of associates of the user.

As used above, the terms "records," "communications," and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.